UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN DUFFY, et al.,<br><br>    Defendants. | No.  2:16-cv-0703 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint has not been certified.  See 28 U.S.C. § 1915(a)(2).  The court recently began using a new application to proceed in forma pauperis that authorizes the California Department of Corrections and Rehabilitation (CDCR) to provide a certified copy of plaintiff's trust account statement directly to the court.  Therefore, instead of having plaintiff submit a certified copy of his trust account statement, his previous request will be denied and he will be provided a copy of the new form, which he should complete and file in this case so that the court may obtain a certified copy of his trust account statement directly from the CDCR.

////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied.

2. Within thirty days of service of this order, plaintiff shall submit the completed Application to Proceed In Forma Pauperis By a Prisoner that he receives from the court so that the court may obtain a certified copy of his trust account statement. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

DATED: November 8, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE