UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN DUFFY, et al.,<br><br>    Defendants. | No. 2:16-cv-0703 JAM AC P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed November 28, 2018, the first amended complaint was dismissed with leave to amend. ECF No. 27. Plaintiff has now filed a document entitled "Complaint Motion," which outlines some of the difficulties plaintiff has encountered while in prison, including the loss of his legal paperwork and his copy of the last order issued by the court. ECF No. 28. He appears to be seeking additional time to file an amended complaint. <u>Id.</u> at 3. Good cause appearing, the request for an extension of time will be granted.

    Plaintiff is reminded that he is not required to cite case law or attach documents to his complaint. He should focus on telling the court who he believes violated his rights and explaining what each person did to violate his rights.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's request for an extension of time to file an amended complaint (ECF No. 28) is granted.

1

2. Within thirty days from the date of service of this order, plaintiff may file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be labeled "Second Amended Complaint." Plaintiff must file an original and two copies of the amended complaint. Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

3. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district and another copy of the November 28, 2018 order (ECF No. 27).

DATED: January 10, 2019

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE