UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN DUFFY, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0703 JAM AC P<br><br><br>ORDER |

Plaintiff has filed his first amended complaint. ECF No. 31. Both the face sheet of the complaint and plaintiff's request for a copy of the complaint state that it is eight pages long (id. at 1; ECF No. 32), but only six pages were received. It further appears that one of the missing pages was the signature page, and the first amended complaint is not signed as required by Federal Rule of Civil Procedure 11(a). Plaintiff will therefore be provided a copy of his first amended complaint and an opportunity to submit either the missing pages, which must include his signature, or a complete, signed copy of the complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a copy of the first amended complaint (ECF No. 32) is granted and the Clerk of the Court is directed to send plaintiff a copy of the first amended complaint (ECF No. 31).

////

1

2. Within twenty-one days of service of this order, plaintiff shall file either (1) the missing two pages of his first amended complaint, which must include his signature, or (2) a complete, signed copy of the first amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: March 6, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE