UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MITCHELL,<br><br>  Plaintiff,<br><br>  v.<br><br>BRIAN DUFFY, et al.,<br><br>  Defendants. | No. 2:16-cv-0703 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a request for a certificate of appealability related to the court's Order and Judgment filed June 11, 2019. ECF No. 44. Plaintiff does not require a certificate of appealability to appeal a judgment in a civil case, and the request for a certificate of appealability will be construed as a notice of appeal of the June 11, 2019 Order and Judgment.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a certificate of appealability (ECF No. 44) is construed as a notice of appeal of the June 11, 2019 Order and Judgment (ECF Nos. 42, 43), and the Clerk of the Court is directed to update the docket accordingly.

DATED: August 7, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE